IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARTIN BISHOP )
)
v. ) NO. 3-16-1123
) JUDGE SHARP
HAMYA, INC., et al. )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 54), to which no Objections have been timely filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Metro's Motion for Summary Judgment (Docket No. 38) is DENIED.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE