UNITED STATES DISTRICT COURT
MIDDLE DISTRICT TENNESSEE

ANGELA SIMONS and
ELIZABETH MATTHEWS, as the
surviving sisters and next of kin of
MARTIN BISHOP,

    Plaintiffs,

vs.

Case No. 16-CV-01123
HON. GEORGE CARAM STEEH

THE METROPOLITAN GOVERNMENT
OF NASHVILLE AND DAVIDSON
COUNTY, TENNESSEE,

    Defendant.
_____/

## JUDGMENT

The above entitled matter has come before the court on a nonjury trial, and in accordance with the court's memorandum opinion and order setting forth the court's findings of fact and conclusions of law entered on this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of Defendant The Metropolitan Government of Nashville and Davidson County, Tennessee.

KIRK L. DAVIES
CLERK OF THE COURT

BY: s/Julie Owens
    DEPUTY COURT CLERK

Dated: November 12, 2019